CV 01 05271 #00000004

Received From
SEATTLE
NOV 27 2002

FILED
LODGED ENTERED
RECEIVED
NOV 25 2002 MR
BY CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TIMOTHY FLYNN,

        Defendant

)
)
)
)
)
)
)
)
)
)

NO. C01-5271

SATISFACTION OF JUDGMENT

    The judgment in the above entitled case, recorded in the Pierce County Recorders Office on August 27, 2001, under file number 20018270842, having been paid in full, the Clerk for the Western District of Washington is hereby authorized and empowered to satisfy and cancel said judgment of record.

    DATED this 14 day of _November_ , 2002.

        Respectfully submitted,

        JOHN McKAY
        United States Attorney

        ANASTASIA BARTLETT, WSBA 7142
        Assistant United States Attorney

Judgment Compromised/
Settled and Satisfied - 1
SLH/DOE/Pleadings